2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
OCT - 2 2026
CLERK'S OFFICE
DETROIT

UNITED STATES OF AMERICA,

Plaintiff

v.

Case No. 26-30620
Originating No. 25cr62

**DUDLEY JWAN BANKS,**

Defendant.
_______________________________________/

**GOVERNMENT'S PETITION FOR TRANSFER OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **DUDLEY JWAN BANKS,** to answer to charges pending in another federal district, and states:

1. On **October 2, 2026,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Eastern District of Tennessee based on an Indictment**. Defendant is charged in that district with violations of **21 USC Sections 846 and 841(a)(1), 841(a)(1)(A) and 841(b)(1)(B) – conspiracy to distribute 400 grams or more of fentanyl, possession with intent to distribute 400 grams or more of fentanyl and 18 USC Section 924(c)(1)(A) – possession of a firearm in furtherance of a drug trafficking crime.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

JEROME F. GORGON, JR.
United States Attorney

*s/Sarah Youngblood*
SARAH YOUNGBLOOD
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: October 2, 2026